# United States Court of Appeals
# for the Tenth Circuit

CARLOS F. LUCERO
CIRCUIT JUDGE

1823 STOUT STREET
DENVER, COLORADO 80257

303-844-2200
FAX 844-2201

August 24, 2004

Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

RE: Carlos F. Lucero, Calendar Year 2003 Filing

Dear Judge Lisi:

In response to your inquiry of July 30, 2004, regarding my 2003 financial disclosure report, enclosed please find three copies of my Amended Financial Disclosure Report -- Calendar Year 2003.

My CPA, who prepared these Amendments as well as the original report, asks that I advise that in paragraph 5 of your letter, "Hussman Invt TR Strategic Growth Fund" is indicated as not having been included in the 2003 report, when, in fact, it is listed on line 27 of Part VII thereof.

If any questions remain please advise.

Sincerely,



Carlos F. Lucero

AMENDED

## FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO-10

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lucero, Carlos F | 2. Court or Organization<br><br>US Court of Appeals - 10th Cir | 3. Date of Report<br><br>5/12/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1823 Stout Street<br><br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President & Director | Carlos F. Lucero, Professional Corporation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

Aug 30 ... FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|------------------------------------|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | . | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Estate of Maria Medina | Installment Note to purchase 1/2 interest in ███ acres, Rio Arriba County, NM (Part VII, Line 35 ) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Lucero, Carlos F | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transact'on) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▓Commercial Building; Alamosa County, Colorado | E | Rent | M | W | | | | | |
| 2. ▓Apartments; Alamosa County, Colorado | E | Rent | M | W | | | | | |
| 3. ▓1/4 Section Farm Land; Conejos County, Colorado | A | Rent | K | W | | | | | |
| 4. Single Unit Rental; Alamosa County, Colorado | D | Rent | L | W | | | | | |
| 5. ▓Vacant Land; Las Vegas, Nevada (1/2 interest) | | None | | | Sell | 8/25 | M | E | Secure Tech, Inc. Benefit Plan |
| 6. ▓Acre Vacant Lot; Jefferson County, Colorado | | None | L | W | | | | | |
| 7. Los Hermanos Luceros, Ltd. Partnership (14% interest) | B | Dividend | N | U | See *1 | | | | |
| 8. Carlos F. Lucero, P.C. (100% of stock) | A | Dividend | K | U | See *2 | | | | |
| 9. ▓LCM, Inc. (100% of stock) | E | Dividend | O | T | See *3 | | | | |
| 10. TD Waterhouse IRA Account | B | Dividend | N | T | | | | | |
| 11. -- AIM Asia Pacific Growth Fund Class A | | | | | Buy | 9/02 | K | | |
| 12. -- FBR Family of Funds - Small Cap Financial Fund | | | | | Sell | 7/21 | K | D | |
| 13. -- Invesco Energy Fund Class A | | | | | Sell | 1/22 | L | | |
| 14. -- Invesco Telecommunications Fund Class A | | | | | Sell | 2/07 | J | | |
| 15. -- Needham Growth Fund | | | | | Sell | 2/05 | K | | |
| 16. -- Needham Small Cap Growth Fund | | | | | Buy | 2/25 | K | | |
| 17. -- Sunamerica Focused Large Cap Growth Fund Class A | | | | | Buy | 3/07 | K | | |
| 18. -- Sunamerica Focused Multi Cap Value A | | | | — | Buy | 3/07 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lucero, Carlos F | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. TD Waterhouse Brokerage Account: | | | | | | | | | |
| 20. – AIM Funds Group New Tech. Fund Class A | A | Dividend | | | Buy | 3/12 | K | | |
| 21. | | | | | Sell | 7/21 | K | D | |
| 22. – Dreyfus Premier Enterprise Fund Class A | A | Dividend | K | T | Buy | 9/05 | K | | |
| 23. – FBR Family of Funds - Small Cap Financial Fund | A | Dividend | | | Sell | 7/22 | K | C | |
| 24. – AIM Asia Pacific Growth Fund Class A | A | Dividend | K | T | Buy | 7/21 | K | | |
| 25. – Invesco Telecommunications Fund Class A | A | Dividend | | | Sell | 2/12 | K | | |
| 26. – Harris Assoc. Invt. Trust - Oakmark Select | A | Dividend | K | T | | | | | |
| 27. – Hussman Invt. Trust - Strategic Growth Fund | A | Dividend | K | T | | | | | |
| 28. Charles Shwab Brokerage Account: | | | | | | | | | |
| 29. – First Data Corporation | A | Dividend | K | T | | | | | |
| 30. – Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 31. – Schwab Muni Money Fund | A | Dividend | K | T | See *5 | | | | |
| 32. Equitable Life Assurance Society (annuity on CFL) | D | Dividend | M | W | | | | | |
| 33. Safeco Life Insurance Company (Annuity on CFL) | D | Dividend | M | W | | | | | |
| 34. Colorado Bondshares Mutual Fund | E | Interest | N | T | | | | | |
| 35. 1/2 Interest in 160 Acres Rio Arriba County, New Mexico | | None | L | R | See *4 | | | | |
| 36. Schwab Brokerage Acct - Schwab Govt Money Fund | | | | | See *6 | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

*1 - Assets over $10,000 value consist of family ranch, land, water rights, equipment, livestock and related property.

*2 - Assets over $10,000 value consist of office furniture, law partnership income earned prior to June 30, 1995. For tax purposes, annuity income from lines 32 and 33 is reported by CFL, P.C.

*3 - Assets over $10,000 value consists of mutual funds.

*4 - 1/2 interest in 160 acres Rio Arriba County, New Mexico was purchased on 1/01 for $50,174 by the Estate of Maria Medina.

*5 - Schwab Muni Money Fund was purchased on 9/03 for value code M.
Partial sales during the year include:   9/30 - value code K
10/17 - value code J
12/29 - value code L

*6 - Values and income of asset listed on page 2, Part VII, line 36 have declined below reporting value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Lucero, Carlos F | 2. Court or Organization<br>US Court of Appeals - 10th Cir | 3. Date of Report<br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Article III Judge - Active | 5. ReportType (check appropriate type)<br>○ Nomination.    Date<br>● Initial    ⊙ Annual    ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>1823 Stout Street<br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President & Director | Carlos F. Lucero, Professional Corporation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 19 A 11:30 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Estate of Maria Medina | Installment Note to purchase 1/2 interest in ▓▓ acres, Rio Arriba County, NM (Part VII, Line 35 ) | K |

7

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

☐ **NONE** (No reportable income, assets, or transactions)

| | A. | B.(1) | B.(2) | C.(1) | C.(2) | D.(1) | D.(2) | D.(3) | D.(4) | D.(5) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Commercial Building; Alamosa County, Colorado | E | Rent | M | W | | | | | |
| 2. | Apartments; Alamosa County, Colorado | E | Rent | M | W | | | | | |
| 3. | 1/4 Section Farm-Land; Conejos County, Colorado | A | Rent | K | W | | | | | |
| 4. | Single Unit Rental; Alamosa County, Colorado | D | Rent | L | W | | | | | |
| 5. | Vacant Land; Las Vegas, Nevada (1/2 interest) | | | | | Sell | 8/25 | M | E | Secure Tech, Inc. Benefit Plan |
| 6. | Acre Vacant Lot; Jefferson County, Colorado | | None | L | W | | | | | |
| 7. | Los Hermanos Luceros, Ltd. Partnership (14% interest) | B | Dividend | N | U | See *1 | | | | |
| 8. | Carlos F. Lucero, P.C. (100% of stock) | A | Dividend | K | U | See *2 | | | | |
| 9. | LCM, Inc. (100% of stock) | E | Dividend | O — | T — | See *3 | | | | |
| 10. | TD Waterhouse IRA Account | B | Dividend | N | T | | | | | |
| 11. | — AIM Asia Pacific Growth Fund Class A | | | | | Buy | 9/02 | K | | |
| 12. | — FBR Family of Funds - Small Cap Financial Fund | | | | | Sell | 7/21 | K | D | |
| 13. | — Invesco Energy Fund Class A | | | | | Sell | 1/22 | L | | |
| 14. | — Invesco Telecommunications Fund Class A | | | | | Sell | 2/07 | J | | |
| 15. | — Needham Growth Fund | | | | | Sell | 2/05 | K | | |
| 16. | — Needham Small Cap Growth Fund | | | | | Buy | 2/25 | K | | |
| 17. | — Sunamerica Focused Large Cap Growth Fund Class A | | | | | Buy | 3/07 | K | | |
| 18. | — Sunamerica Focused Multi Cap Value A | | | | | Buy | 3/07 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lucero, Carlos F | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. TD Waterhouse Brokerage Account: | | | | | | | | | |
| 20. -- AIM Funds Group New Tech. Fund Class A | A | Dividend | | | Buy | 3/12 | K | | |
| 21. | | | | | Sell | 7/21 | K | D | |
| 22. -- Dreyfus Premier Enterprise Fund Class A | A | Dividend | K | T | Buy | 9/05 | K | | |
| 23. -- FBR Family of Funds - Small Cap Financial Fund | A | Dividend | | | Sell | 7/22 | K | C | |
| 24. -- AIM Asia Pacific Growth Fund Class A | A | Dividend | K | T | Buy | 7/21 | K | | |
| 25. -- Invesco Telecommunications Fund Class A | A | Dividend | | | Sell | 2/12 | K | | |
| 26. -- Harris Assoc. Invt. Trust - Oakmark Select | A | Dividend | K | T | | | | | |
| 27. -- Hussman Invt. Trust - Strategic Growth Fund | A | Dividend | K | T | | | | | |
| 28. Charles Shwab Brokerage Account: | | | | | | | | | |
| 29. -- First Data Corporation | A | Dividend | K | T | | | | | |
| 30. -- Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 31. -- Schwab Muni Money Fund | A | Dividend | K | T | | | | | |
| 32. Equitable Life Assurance Society (annuity on CFL) | D | Dividend | M | W | | | | | |
| 33. Safeco Life Insurance Company (Annuity on CFL) | D | Dividend | M | W | | | | | |
| 34. Colorado Bondshares Mutual Fund | E | Interest | N | T | | | | | |
| 35. 1/2 Interest in Acres Rio Arriba County, New Mexico | | None | L | R | Buy | 1/01 | L | | Estate of Maria Medina |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lucero, Carlos F | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. TD Waterhouse Brokerage Account: | | | | | | | | | |
| 20. -- AIM Funds Group New Tech. Fund Class A | A | Dividend | | | Buy | 3/12 | K | | |
| 21. | | | | | Sell | 7/21 | K | D | |
| 22. -- Dreyfus Premier Enterprise Fund Class A | A | Dividend | K | T | Buy | 9/05 | K | | |
| 23. -- FBR Family of Funds - Small Cap Financial Fund | A | Dividend | | | Sell | 7/22 | K | C | |
| 24. -- AIM Asia Pacific Growth Fund Class A | A | Dividend | K | T | Buy | 7/21 | K | | |
| 25. -- Invesco Telecommunications Fund Class A | A | Dividend | | | Sell | 2/12 | K | | |
| 26. -- Harris Assoc. Invt. Trust - Oakmark Select | A | Dividend | K | T | | | | | |
| 27. -- Hussman Invt. Trust - Strategic Growth Fund | A | Dividend | K | T | | | | | |
| 28. Charles Shwab Brokerage Account: | | | | | | | | | |
| 29. -- First Data Corporation | A | Dividend | K | T | | | | | |
| 30. -- Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 31. -- Schwab Muni Money Fund | A | Dividend | K | T | | | | | |
| 32. Equitable Life Assurance Society (annuity on CFL) | D | Dividend | M | W | | | | | |
| 33. Safeco Life Insurance Company (Annuity on CFL) | D | Dividend | M__ | W | | | | | |
| 34. Colorado Bondshares Mutual Fund | E | Interest | N | T | | | | | |
| 35. 1/2 Interest in ██Acres Rio Arriba County, New Mexico | | None | L | R | Buy | 1/01 | L | | Estate of Maria Medina |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

*1 - Assets over $10,000 value consist of ▓▓▓ranch, land, water rights, equipment, livestock and related property.

*2 - Assets over $10,000 value consist of office furniture, law partnership income earned prior to June 30, 1995. For tax purposes, annuity income from lines 32 and 33 is reported by CFL, P.C.

*3 - Assets over $10,000 value consists of mutual funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544